ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Appellant, *v.* JAMES E. SMITH, Respondent.

SAME, Appellant, *v.* CARROLL PHIPPANY, Respondent.

(Submitted March 2, 1886 ; decided March 16, 1886.)

THESE were appeals from orders of General Term affirming orders of Special Term denying motions to continue temporary injunctions.

The actions were brought to restrain defendants, who were town collectors, from collecting certain taxes assessed upon the property of plaintiff, which it claimed to be invalid because of defects in the affidavits attached to the assessment-rolls.

*Wm. B. Hornblower* for appellant.

*Edmund L. Pitts* and *John Cuneen* for respondents.

Agree to affirm without passing upon the validity of the original affidavits attached to the assessment-rolls.

All concur.

Orders affirmed.